IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JOSHUA JENSEN,

    **Plaintiff,**

    v.                                             CASE NO. 25-3134-JWL

PAM BONDI, et al.,

    **Defendants.**

## MEMORANDUM AND ORDER

This pro se civil rights action filed by Plaintiff Joshua Jensen comes now before the Court on Plaintiff's motion to provide documents (Doc. 20) and his objection (Doc. 21) to the Court's order granting Plaintiff leave to proceed in forma pauperis and assessing an initial partial filing fee of $34.00 (Doc. 18). In the motion to provide documents, Plaintiff points out that he has no access to email and he asks the Court to provide "a hard copy to [him]" in compliance with the language in the notice of electronic filing that states he is "entitled to one free electronic copy of all documents filed electronically." (Doc. 20.) Plaintiff also asks the Court to provide him with "a pro se guide." *Id.* An additional paragraph in the motion was crossed through by Plaintiff and will not be discussed further.

This motion will be denied without prejudice as moot, since even when it is liberally construed, it appears to seek only documents already provided by the Court. A hard copy of each document electronically filed by the Court has been mailed to Plaintiff at his address of record on the date the order is issued, in accordance with the regular practice of the Court. Moreover, as directed by the Court in its August 28, 2025 memorandum and order, a hard copy of the Prisoner Pro Se Filing Guide was mailed to Plaintiff on that date. (Doc. 19.)

1

The Court has carefully considered Plaintiff's objection to the Court's August 26, 2025 order granting leave to proceed in forma pauperis and assessing a $34.00 initial partial filing fee, (Doc. 21.) The Court notes first that the Tenth Circuit and other federal courts of appeal have rejected constitutional challenges brought by prisoners who are financially able to pay initial partial filing fees but do not wish to spend their limited financial resources doing so. *See Shabazz v. Parsons*, 127 F.3d 1246, 1248-49 (10th Cir. 1997). Additionally, Plaintiff has now paid the initial partial filing fee. The Court therefore will take no further action on Plaintiff's objection.

**IT IS THEREFORE ORDERED THAT** the motion to provide documents (**Doc. 20**) is **denied without prejudice as moot** because, even liberally construed, it seeks only documents that have already been mailed to Plaintiff at his address of record.

**IT IS SO ORDERED**.

Dated on this 3rd day of September, 2025, in Kansas City, Kansas.

<u>s/ John W. Lungstrum</u>
John W. Lungstrum
United States District Judge